Certificate Number: 06531-PAW-CC-037184661



06531-PAW-CC-037184661

# CERTIFICATE OF COUNSELING

I CERTIFY that on February 15, 2023, at 7:31 o'clock AM CST, Beth A Caldwell received from Allen Credit and Debt Counseling Agency, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Western District of Pennsylvania, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by telephone.

| | | |
|---|---|---|
| Date: February 15, 2023 | By: | /s/Stephanie Kjetland |
| | Name: | Stephanie Kjetland |
| | Title: | Credit Counselor |

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).