**Redstone Presbyterian**
*SeniorCare*

| | |
|---|---|
| Employer Name: | Redstone Presbyterian SeniorCare |
| Employer Phone: | 724-832-8402 |
| Employer Address: | 126 Mathews Street Suite 2800 Greensburg, PA 15601 |

| | |
|---|---|
| Employee Name: | Beth A Caldwell |
| Employee #: | 21783 |
| Employee Address: | 554 Sells Lane Greensburg, PA 15601 |
| Department: | Transportation |
| Job Title: | Transportation Aide |

| | |
|---|---|
| Pay Date: | 3/17/2023 |
| Pay Period: | 2/26/2023 - 3/11/2023 |
| Check #: | 594047084 |
| Pay Frequency: | Bi-Weekly |
| Pay Rate: | 13.5800 |
| Federal Filing Status: | Single |
| Federal Exemptions: | 0/$0.00 |
| Local Exemptions: | (Greensburg) |
| State Filing Status: | (PA) |
| State Exemptions: | (PA) |

| | Current 2/26/2023 - 3/11/2023 | | | YTD As of 3/11/2023 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 76.73 | | $1,056.34 | 435.48 | $5,830.40 |
| Regular Shift 1 | 52.35 | 13.5800 | $710.91 | 316.88 | $4,303.27 |
| Overtime Shift 1 | | | | 3.15 | $64.16 |
| Holiday | | | | 16.00 | $217.28 |
| PTO | 8.00 | 13.5800 | $108.64 | 32.00 | $434.56 |
| Regular Shift 2 | 7.43 | 14.1800 | $105.40 | 34.83 | $493.95 |
| Weekend Shift 1 | | | | 9.73 | $137.05 |
| Weekend Shift 2 | 8.95 | 14.6800 | $131.39 | 16.28 | $237.06 |
| Weekend Shift 3 | | | | 1.33 | $18.77 |
| Prem Holiday 1 | | | | 5.28 | $111.58 |
| **On-Demand Previous Year | | | | | ($187.28) |
| **Taxes** | | | $227.48 | | $1,240.91 |
| Fed W/H | | | $94.07 | | $503.62 |
| FICA EE | | | $65.49 | | $361.48 |
| Fed MWT EE | | | $15.32 | | $84.54 |
| PA W/H | | | $32.43 | | $178.99 |
| PA UT EE | | | $0.74 | | $4.08 |
| GrnbrgCityW/H | | | $17.43 | | $96.20 |
| GrnbrgCityLST | | | $2.00 | | $12.00 |
| **Post-Tax Deductions** | | | | | $213.37 |
| Miscellaneous | | | | | $213.37 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $828.86 | | $4,376.12 |
| On-Demand Pay - 3/7/2023 | | | $350.00 | | |
| On-Demand Pay - 3/9/2023 | | | $100.00 | | |
| Direct Deposit | 043306826 | XXXXXX0711 | $378.86 | | |

| **Accruals & Balances** | | | | | |
|---|---|---|---|---|---|
| Paid Time Off Balance: | 2.35 Hours | Paid Time Off Accrued: | 3.46 Hours | Paid Time Off Taken: | 8.00 Hours |

**The amount of ODP wages and taxes from the first pay period paid out prior to January are reflected as YTD wages in the prior calendar year.

CERIDIAN

Page 1 of 1

**Redstone Presbyterian** *SeniorCare*

| | |
|---|---|
| Employer Name: | Redstone Presbyterian SeniorCare |
| Employer Phone: | 724-832-8402 |
| Employer Address: | 126 Mathews Street Suite 2800 Greensburg, PA 15601 |

| | |
|---|---|
| Employee Name: | Beth A Caldwell |
| Employee #: | 21783 |
| Employee Address: | 554 Sells Lane Greensburg, PA 15601 |
| Department: | Transportation |
| Job Title: | Transportation Aide |

| | |
|---|---|
| Pay Date: | 3/3/2023 |
| Pay Period: | 2/12/2023 - 2/25/2023 |
| Check #: | 588944620 |
| Pay Frequency: | Bi-Weekly |
| Pay Rate: | 13.5800 |
| Federal Filing Status: | Single |
| Federal Exemptions: | 0/$0.00 |
| Local Exemptions: | (Greensburg) |
| State Filing Status: | (PA) |
| State Exemptions: | (PA) |

| | Current 2/12/2023 - 2/25/2023 | | | YTD As of 2/25/2023 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 81.89 | | $1,130.83 | 358.75 | $4,774.06 |
| Regular Shift 1 | 70.23 | 13.5800 | $953.77 | 264.53 | $3,592.36 |
| Overtime Shift 1 | 1.90 | 20.3700 | $38.70 | 3.15 | $64.16 |
| Holiday | | | | 16.00 | $217.28 |
| PTO | | | | 24.00 | $325.92 |
| Regular Shift 2 | 8.43 | 14.1800 | $119.59 | 27.40 | $388.55 |
| Weekend Shift 1 | | | | 9.73 | $137.05 |
| Weekend Shift 2 | | | | 7.33 | $105.67 |
| Weekend Shift 3 | 1.33 | 14.0800 | $18.77 | 1.33 | $18.77 |
| Prem Holiday 1 | | | | 5.28 | $111.58 |
| **On-Demand Previous Year | | | | | ($187.28) |
| **Taxes** | | | $245.68 | | $1,013.43 |
| Fed W/H | | | $103.01 | | $409.55 |
| FICA EE | | | $70.11 | | $295.99 |
| Fed MWT EE | | | $16.39 | | $69.22 |
| PA W/H | | | $34.72 | | $146.56 |
| PA UT EE | | | $0.79 | | $3.34 |
| GrnbrgCityW/H | | | $18.66 | | $78.77 |
| GrnbrgCityLST | | | $2.00 | | $10.00 |
| **Post-Tax Deductions** | | | $18.58 | | $213.37 |
| Miscellaneous | | | $18.58 | | $213.37 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $866.57 | | $3,547.26 |
| On-Demand Pay - 2/15/2023 | | | $215.00 | | |
| On-Demand Pay - 2/21/2023 | | | $180.00 | | |
| On-Demand Pay - 2/25/2023 | | | $250.00 | | |
| Direct Deposit | 043306826 | XXXXXX0711 | $221.57 | | |

| **Accruals & Balances** | | | |
|---|---|---|---|
| Paid Time Off Balance: | 6.89 Hours | Paid Time Off Accrued: | 3.10 Hours |

**The amount of ODP wages and taxes from the first pay period paid out prior to January are reflected as YTD wages in the prior calendar year.

CERIDIAN

Page 1 of 1

**Redstone Presbyterian** *SeniorCare*

| | |
|---|---|
| Employer Name: | Redstone Presbyterian SeniorCare |
| Employer Phone: | 724-832-8402 |
| Employer Address: | 126 Mathews Street Suite 2800 Greensburg, PA 15601 |

| | |
|---|---|
| Employee Name: | Beth A Caldwell |
| Employee #: | 21783 |
| Employee Address: | 554 Sells Lane Greensburg, PA 15601 |
| Department: | Transportation |
| Job Title: | Transportation Aide |

| | |
|---|---|
| Pay Date: | 2/17/2023 |
| Pay Period: | 1/29/2023 - 2/11/2023 |
| Check #: | 583181611 |
| Pay Frequency: | Bi-Weekly |
| Pay Rate: | 13.5800 |
| Federal Filing Status: | Single |
| Federal Exemptions: | 0/$0.00 |
| Local Exemptions: | (Greensburg) |
| State Filing Status: | (PA) |
| State Exemptions: | (PA) |

| | Current 1/29/2023 - 2/11/2023 | | | YTD As of 2/11/2023 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | | | | | |
| Regular Shift 1 | 71.66 | 13.5800 | $980.16 | 276.86 | $3,643.23 |
| Overtime Shift 1 | 63.48 | | $862.10 | 194.30 | $2,638.59 |
| Holiday | | | | 1.25 | $25.46 |
| PTO | | | | 16.00 | $217.28 |
| Regular Shift 2 | | | | 24.00 | $325.92 |
| Weekend Shift 1 | 4.15 | 14.1800 | $58.85 | 18.97 | $268.96 |
| Weekend Shift 2 | | | | 9.73 | $137.05 |
| Prem Holiday 1 | 4.03 | 14.6800 | $59.21 | 7.33 | $105.67 |
| **On-Demand Previous Year | | | | 5.28 | $111.58 |
| | | | | | ($187.28) |
| **Taxes** | | | | | |
| Fed W/H | | | $208.87 | | $767.75 |
| FICA EE | | | $84.93 | | $306.54 |
| Fed MWT EE | | | $60.77 | | $225.88 |
| PA W/H | | | $14.22 | | $52.83 |
| PA UT EE | | | $30.09 | | $111.84 |
| GrnbrgCityW/H | | | $0.69 | | $2.55 |
| GrnbrgCityLST | | | $16.17 | | $60.11 |
| **Post-Tax Deductions** | | | $2.00 | | $8.00 |
| Miscellaneous | | | $98.00 | | $194.79 |
| | | | $98.00 | | $194.79 |
| **Net Pay** | Routing # | Account # | Amount | | Amount |
| On-Demand Pay - 2/5/2023 | | | $673.29 | | $2,680.69 |
| On-Demand Pay - 2/8/2023 | | | $250.00 | | |
| Direct Deposit | | | $150.00 | | |
| | 043306826 | XXXXXX0711 | $273.29 | | |

**Accruals & Balances**

| | | | |
|---|---|---|---|
| Paid Time Off Balance: | 3.78 Hours | Paid Time Off Accrued: | 3.08 Hours |

**The amount of ODP wages and taxes from the first pay period paid out prior to January are reflected as YTD wages in the prior calendar year.

CERIDIAN

Page 1 of 1

# Redstone Presbyterian SeniorCare

| | |
|---|---|
| Employer Name: | Redstone Presbyterian SeniorCare |
| Employer Phone: | 724-832-8402 |
| Employer Address: | 126 Mathews Street Suite 2800 Greensburg, PA 15601 |
| Employee Name: | Berrage-4 |
| Employee #: | 21783 |
| Employee Address: | 554 Sells Lane Greensburg, PA 15601 |
| Department: | Transportation |
| Job Title: | Transportation Aide |
| Pay Date: | 2/3/2023 |
| Pay Period: | 1/15/2023 - 1/28/2023 |
| Check #: | 578498615 |
| Pay Frequency: | Bi-Weekly |
| Pay Rate: | 13.5800 |
| Federal Filing Status: | Single |
| Federal Exemptions: | 0/$0.00 |
| Local Exemptions: | (Greensburg) |
| State Filing Status: | (PA) |
| State Exemptions: | (PA) |

| | Current 1/15/2023 - 1/28/2023 | | | YTD As of 1/28/2023 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | | | $967.86 | 205.20 | $2,663.0 |
| Regular Shift 1 | 71.07 | | $685.11 | 130.82 | $1,776. |
| Overtime Shift 1 | | | | 1.25 | $25. |
| Holiday | 50.45 | 13.5800 | | 16.00 | $217. |
| PTO | | | $217.28 | 24.00 | $325. |
| Regular Shift 2 | 16.00 | 13.5800 | $65.47 | 14.82 | $210. |
| Weekend Shift 1 | 4.62 | 14.1800 | | 9.73 | $137. |
| Weekend Shift 2 | | | | 3.30 | $46. |
| Prem Holiday 1 | | | | 5.28 | $111. |
| **On-Demand Previous Year | | | | | ($187.2 |
| **Taxes** | | | $205.84 | | $558. |
| Fed W/H | | | $83.45 | | $221. |
| FICA EE | | | $60.01 | | $165. |
| Fed MWT EE | | | $14.03 | | $38. |
| PA W/H | | | $29.71 | | $81. |
| PA UT EE | | | $0.67 | | $1. |
| GrnbrgCityW/H | | | $15.97 | | $43. |
| GrnbrgCityLST | | | $2.00 | | $6. |
| **Post-Tax Deductions** | | | $96.79 | | $96.7 |
| Miscellaneous | | | $96.79 | | $96.7 |

| | Routing # | Account # | Amount | | Amount |
|---|---|---|---|---|---|
| **Net Pay** | | | $665.23 | | $2,007.4 |
| On-Demand Pay - 1/19/2023 | | | $180.00 | | |
| Direct Deposit | 043306826 | XXXXXX0711 | $485.23 | | |

**Accruals & Balances**

| Paid Time Off Balance: | 0.71 Hours | Paid Time Off Accrued: | 3.37 Hours | Paid Time Off Taken: | 16.00 Hours |
|---|---|---|---|---|---|

**The amount of ODP wages and taxes from the first pay period paid out prior to January are reflected as YTD wages in the prior calendar year.