**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>BETH A. CALDWELL<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:23-20842 GLT<br><br>Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/20/2023 and confirmed on 07/14/2023 . The case was subsequently
(B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 3,400.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 3,400.00 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 566.54 | |
|     Trustee Fee | 204.00 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 770.54 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   ROCKET MORTGAGE LLC FKA QUICKEN L | 0.00 | 2,624.46 | 0.00 | 2,624.46 |
|     Acct: 8711 | | | | |
|   ROCKET MORTGAGE LLC FKA QUICKEN L | 17,998.45 | 0.00 | 0.00 | 0.00 |
|     Acct: 8711 | | | | |
|   US DEPARTMENT OF HUD** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9002 | | | | |
| | | | | 2,624.46 |
| **Priority** | | | | |
|   SUZANNE M BASH ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BETH A. CALDWELL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BETH A. CALDWELL | 5.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SUZANNE M BASH ESQ | 4,000.00 | 566.54 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PA DEPARTMENT OF REVENUE* | 113.37 | 0.00 | 0.00 | 0.00 |
|     Acct: 3443 | | | | |

| 23-20842 GLT | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 5.00 | 5.00 | 0.00 | 5.00 |
| Acct: XXXXXXXXXXXXXXXXXX0842 | | | | |
| ROCKET MORTGAGE LLC FKA QUICKEN I | 950.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8711 | | | | |
| | | | | 5.00 |
| **Unsecured** | | | | |
| AFFIRM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5X9C | | | | |
| BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6311 | | | | |
| QUANTUM3 GROUP LLC - AGENT FOR CC | 1,981.47 | 0.00 | 0.00 | 0.00 |
| Acct: 5218 | | | | |
| LVNV FUNDING LLC | 7,038.70 | 0.00 | 0.00 | 0.00 |
| Acct: 5937 | | | | |
| LVNV FUNDING LLC | 4,192.07 | 0.00 | 0.00 | 0.00 |
| Acct: 7475 | | | | |
| LVNV FUNDING LLC | 2,226.30 | 0.00 | 0.00 | 0.00 |
| Acct: 9852 | | | | |
| ROCKET  LOANS | 2,295.03 | 0.00 | 0.00 | 0.00 |
| Acct: 6325 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 3,012.86 | 0.00 | 0.00 | 0.00 |
| Acct: 2240 | | | | |
| PA DEPARTMENT OF REVENUE* | 26.50 | 0.00 | 0.00 | 0.00 |
| Acct: 3443 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 938.87 | 0.00 | 0.00 | 0.00 |
| Acct: 8528 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

***N O N E***

| TOTAL PAID TO CREDITORS | | 2,629.46 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 1,068.37 | |
| SECURED | 17,998.45 | |
| UNSECURED | 21.711.80 | |

Date: 09/09/2024                                              /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com